**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | | |
|---|---|---|
| MARKAL AND STEPHANIE JONES | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | SECTION |
| | * | |
| CIXI JIANGNAN CHEMICAL FIBER | * | DISTRICT JUDGE |
| CO., LTD., ZIM INTEGRATED | * | |
| SHIPPING SERVICES, LTD., ZIM | * | MAGISTRATE |
| INTEGRATED SHIPPING SERVICES | | |
| (CHINA) CO., LTD., AND JOHN DOES | | |
| 1 – 5 | | |

**DECLARATION OF SHIMRIT HANEIN**

I, Shimrit Hanein, do hereby declare under penalty of perjury that the following information is based on personal knowledge and is true and correct to the best of my knowledge and belief:

1. I am the Manager of the Claims, Insurance, and Loss Prevention Division with ZIM Integrated Shipping Services, Ltd. ("ZIM").

2. In my capacity as Manager of the Claims, Insurance, and Loss Prevention Division, I am intimately familiar with litigation documents served on ZIM.

3. Regarding the case styled *Markal and Stephanie Jones v. Cixi Jiangnan Chemical Fiber Co., Ltd., ZIM Integrated Shipping Services, Ltd., ZIM Integrated Shipping Services (China) Co., Ltd., and John Does 1 – 5* pending in the Circuit Court of Lee County, State of Mississippi, and bearing Case No. CV 19-151(PF)L, ZIM was served with the summons and complaint by mail which was received on June 24, 2021 at ZIM's offices in Haifa, Israel.

Signed this 25th day of July, 2021, in Haifa, Israel.

Hanein Shimrit, Adv.
Claims, Insurance
& Loss Prevention Division Manager
ZIM Integrated Shipping Services Ltd.

_____
Shimrit Hanein

**Exhibit A**