IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MARKAL AND STEPHANIE JONES**                                **PLAINTIFFS**

**VS.**                                  **CIVIL ACTION NO. 1:21-cv-119-GHD-DAS**

**CIXI JIANGNAN CHEMICAL FIBER CO.,
LTD., ZIM INTEGRATED SHIPPING
SERVICES, LTD., ZIM INTEGRATED
SHIPPING SERVICES (CHINA) CO., LTD.,
AND JOHN DOES 1 – 5**                                  **DEFENDANTS**

## ORDER OF DISMISSAL

Pursuant to and subject to the terms of the parties' Joint Stipulation of Dismissal [38] and Joint Motion to Dismiss ZIM Defendants [39],

**IT IS HEREBY ORDERED** that Defendants ZIM Integrated Shipping Services Ltd. and ZIM Integrated Shipping Services (China) Co., Ltd. are dismissed from this action without prejudice, with each party to bear its own costs.

**SO ORDERED** this the 26th day of October, 2023.

                                                             Hon. Glen H. Davidson
                                                              UNITED STATES DISTRICT JUDGE

04388597