IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARKAL AND STEPHANIE JONES                                        PLAINTIFFS

v.                                            Civil Action No. 1:21-cv-00119-GHD-DAS

CIXI JIANGNAN CHEMICAL FIBER CO.,
LTD.; ZIM INTEGRATED SHIPPING                                     DEFENDANTS
SERVICES; ET AL.

## JUDGMENT

Pursuant to an order entered by the Court on May 28, 2024 [42], which was entered pursuant to the Hague Convention (Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361), **JUDGMENT** is hereby RENDERED in favor of Plaintiffs Markal and Stephanie Jones AGAINST Defendant Cixi Jiangnan Chemical Fiber Company, **in the amount of $995,417.03**, of which $45,417.03 is medical expenses, $350,000 is loss of income, $350,000 is loss of future income, and $250,000 is for pain and suffering, loss of enjoyment of life, mental and emotional distress and anxiety, loss of society, companionship and consortium, plus post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961, along with costs, for all of which execution may issue as provided by law.

SO ORDERED, this, 29 day of July, 2024.

_/s/ Glen H. Davidson_
SENIOR U.S. DISTRICT JUDGE